**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JOSE LUIS ORELLANO GUZMAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1267-J** |
| | ) | |
| **MARKWAYNE MULLIN, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER TO SHOW CAUSE

On June 3, 2026, the Court noted that "counsel for Plaintiff/Petitioner ha[d] not filed their entry of appearance" despite the requirement under Local Civil Rule 83.4 to do so. Doc. 4.  The Court ordered counsel to do so not later than June 5, 2026.  *Id.*  Samuel M. Wargin promptly complied with the Court's order and entered his appearance on June 3, 2026.  Doc. 5.  A review of the docket indicates that Michael A. Brooks-Jimenez has not complied and has not filed an entry of appearance.[1]  Accordingly, Mr. Brooks-Jimenez must either (1) file his entry of appearance in accordance with Local Civil Rule 83.4 or (2) show cause why he is unable to do so not later than June 15, 2026.  Failure to comply with this Order will result in Mr. Brooks-Jimenez's removal from the docket for this matter.

---

[1] On June 8, 2026, the Court provided counsel for Petitioner a courtesy reminder that Mr. Brooks-Jimenez also needed to file an entry of appearance.

**IT IS SO ORDERED** this 12th day of June, 2026.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE